■ TOWN OF AMHERST, Respondent, v GRANITE STATE INSURANCE COMPANY, INC., Appellant. [17 NYS3d 344]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Lindley and Whalen, JJ.

■ In the Matter of LEONARD FISCHER, Respondent, v MICHAEL GRAZIANO, Superintendent, Collins Correctional Facility, et al., Appellants. [17 NYS3d 344]—Motion for leave to appeal to the Court of Appeals denied. Present—Scudder, P.J., Centra, Peradotto, Lindley and Whalen, JJ.

■ DONNA M. LATTUCA, Respondent, v JOHN M. LATTUCA, Appellant. [17 NYS3d 344]—Motion for reargument or leave to appeal to the Court of Appeals denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ AFFINITY ELMWOOD GATEWAY PROPERTIES, LLC, Respondent, v AJC PROPERTIES LLC et al., Defendants, and EVELYN BENCINICH et al., Appellants. [17 NYS3d 345]—Motion for reargument denied. Present—Smith, J.P., Peradotto, Carni, Valentino and Whalen, JJ.

■ MICHAEL J. CARLSON, Sr., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Respondent, v AMERICAN INTERNATIONAL GROUP, INC., et al., Defendants, and AMERICAN ALTERNATIVE INSURANCE Co., Appellant. [17 NYS3d 345]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

■ In the Matter of DESIREE DAWLEY et al., Appellants, v WHITETAIL 414, LLC, et al., Respondents. [17 NYS3d 346]—Motions for reargument denied. Motions for leave to appeal to the Court of Appeals granted. Present—Centra, J.P., Carni, Valentino and DeJoseph, JJ.

■ MICHAEL J. CARLSON, Sr., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Respondent-Appellant, v AMERICAN INTERNATIONAL GROUP, INC., et al., Appellants-Respondents, and DHL EXPRESS (USA), Inc., Formerly Known as DHL WORLDWIDE EXPRESS, INC., Respondent. [17 NYS3d 346]—Motion for leave to appeal to the Court of Appeals denied. Present—Centra, J.P., Carni, Lindley and DeJoseph, JJ.

■ In the Matter of CONCRETE APPLIED TECHNOLOGIES CORPORATION, Doing Business as CATCO, Respondent, v COUNTY OF ERIE et al., Appellants. [17 NYS3d 347]—Motion for leave to ap-